# ELECTRONIC RECORD

COA # 05-13-00218-CR          OFFENSE: 21.1

STYLE: Darren Dwyone Green v. The State of Texas          COUNTY: Dallas

COA DISPOSITION: AFFIRM          TRIAL COURT: Criminal District Court No. 4

DATE: 02/25/2015          Publish: NO          TC CASE #: F11-62506-K

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Darren Dwyone Green v. The State of Texas          CCA #: 299-15

_PRO SE_ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_refused_          JUDGE: _____

DATE: July 29, 2015          SIGNED: _____          PC: _____

JUDGE: _pc_          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**